# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Michael Ragsdale, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Plains All American Pipeline GP LLC, | ) | |
| | ) | Case No. 4:15-cv-062 |
| Defendants. | ) | |

Before the court are motions for attorneys Patrick J. Veters and Jane H. Heidingsfelder to appear *pro hac vice* on Defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Patrick J. Veters and Jane H. Heidingsfelder have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motions (Docket Nos. 8-9) are **GRANTED**. Attorneys Patrick J. Veters and Jane H. Heidingsfelder are admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge